# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SONYA FUREIGH, on her own behalf
and all similarly situated individuals,

        Plaintiff,

vs.                                     Case No. 3:09cv212/MCR/MD

WJM MANAGEMENT, L.L.C., a Florida
Corporation, and WILLIAM T. MULLEN,
individually, and MARY MULLEN,
individually,

        Defendants.
_____/

## JUDGMENT

        This action has been resolved by an offer of judgment pursuant to Federal Rule of Civil Procedure 68. The plaintiff has notified the court that she timely accepts the defendants' offer of judgment, and she requests the court to enter judgment accordingly (doc. 30).

        Judgment is therefore entered in favor of the plaintiff, Sonya Fureigh, and against the defendants WJM Management, L.L.C., William T. Mullen, and Mary Mullen. It is ordered that the defendants shall pay Sonya Fureigh the sum of $2,500, inclusive of the plaintiff's attorney's fees and costs.

        **DONE AND ORDERED** this 8th day of September, 2009.

                                                      s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **UNITED STATES DISTRICT JUDGE**