UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SONYA FUREIGH,** on her own behalf and all
similarly situated individuals**,**

      **Plaintiff,**                                          CASE NO.: 3:09-CV-212 MCR/MD

vs.

**WJM MANAGEMENT, LLC.** a Florida
Corporation and **WILLIAM T. MULLEN,** individually
and **MARY MULLEN,** individually,

      **Defendants.**
_____/

## SATISFACTION OF JUDGMENT

WHEREAS, Judgment was signed by this Honorable Court on September 8, 2009,[1] in favor of Plaintiff, Sonya Fureigh, and against Defendants, WJM Management, LLC., William T. Mullen, and Mary Mullen, requiring Defendants to pay Plaintiff $2,500.00, inclusive of attorneys' fees and costs;

AND WHEREAS the Judgment has been fully satisfied by the Defendants effective this date;

NOW, THEREFORE, the Parties request that satisfaction of Judgment be hereby acknowledged by the Court, that the docket reflect the Judgment has fulfilled, and otherwise cancel and discharge the Judgment against the Defendants.

---

[1] Dkt. 31.

Respectfully submitted this 13th day of October, 2009.

| **MORGAN & MORGAN** | **FISHER & PHILLIPS LLP** |
|---|---|
| /s/Andrew Frisch | /s/Michelle I. Anderson |
| Andrew Frisch, Esq. | Theresa M. Gallion, Esq. |
| Florida Bar No. 27777 | Florida Bar No. 0726801 |
| AFrisch@forthepeople.com | tgallion@laborlawyers.com |
| 6824 Griffin Road, Suite 230 | Michelle I. Anderson, Esq. |
| Davie, FL 33314 | Florida Bar No. 0040585 |
| Telephone: (954) 318-0268 | manderson@laborlawyers.com |
| Facsimile: (954) 333-3515 | 401 E. Jackson Street, Suite 2300 |
| Attorney for Plaintiff | Tampa, Florida  33602 |
| | Telephone:     (813) 769-7500 |
| | Facsimile:     (813) 769-7501 |
| | Attorneys for Defendant |